**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6716

ANTONIO DEAN WALKER,

                Plaintiff - Appellant,

        v.

NEWPORT NEWS CITY JAIL,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Walter D. Kelley, District Judge.  (2:07-cv-00481-WDK-FBS)

Submitted:  August 21, 2008         Decided:  August 27, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Antonio Dean Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Dean Walker appeals the district court's order dismissing without prejudice Walker's 42 U.S.C. § 1983 (2000) civil rights action. Because Walker may resubmit his complaint as amended to cure the defects identified by the district court, the dismissal order is not appealable. See Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED